Prob 12
Rev(3/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 14  AM 9: 20

LORETTA G. WHYTE
CLERK

U.S.A. vs. DONALD LEWIS                    Docket No. 053L 2:01CR00105-002k

## Petition on Probation and Supervised Release

COMES NOW CORNELL J. MANUEL , PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Donald Lewis, who was placed on supervision by the Honorable Stanwood R. Duval Jr. sitting in the Court at New Orleans, Louisiana, on November 08, 2002, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Orientation and Life Skills
2. Drug testing and/or treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS :
(if short insert here; if lengthy write on separate sheet and attach)

Following Hurricane Katrina, Lewis failed to contact the probation office and his whereabouts were unknown; therefore our office recommended that filed a warrant be filed for his arrest. The warrant was filed on July 26, 2006. Since the filing of the warrant, Lewis has made contact with the probation office. Lewis advised that his daughter, Doneika Lewis, drowned as a result of the flooding in the lower 9th Ward post Katrina. Hence, he has been suffering emotionally and failed to contact the probation officer.

According to Lewis, his daughter has been buried, but he continues to suffer with emotional distress since her death. Lewis has settled in the Atlanta, Georgia area with the rest of his family. He has recently obtained employment with a local car wash. Although Lewis failed to report his whereabouts following Hurricane Katrina, our office is requesting that Lewis be continued on supervised release. Prior to Hurricane Katrina, Lewis was in compliance with the conditions of his supervised release. Lewis' case will be transferred to the Northern District of Georgia as Lewis is residing there with his family. It should be noted that Lewis' term of supervised release expire on December 18, 2006.

PRAYING THAT THE COURT WILL ORDER that the warrant issued on July 26, 2006, be recalled and Donald Lewis' case be continued on supervised release.

ORDER OF COURT

Considered and ordered this 13 day of September, 2006, and ordered filed and made a part of the records in the above case.

_____
Stanwood R. Duval, Jr.
U. S. District Judge

Original - Clerk's Office
1 Copy - U.S. Marshal
1 Copy - U.S. Attorney
2 Copies - U.S. Probation

Respectfully,

_____
Cornell J. Manuel
U.S. Probation Officer
504-589-3218

Place: New Orleans, Louisiana

Date: September 06, 2006

___ Fee _____
___ Process _____
_X_ Dktd _____
_/_ CtRmDep _____
___ Doc. No _____